**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| ADRIANA M. CASTRO, M.D., P.A. and SUGARTOWN PEDIATRICS, LLC, on behalf of themselves and all others similarly situated,<br><br>                      Plaintiffs<br><br>       v.<br><br>SANOFI PASTEUR INC.,<br><br>                      Defendant. | Civ. Action No. 13-cv-2086<br><br>Honorable John J. Tharp, Jr.<br>Magistrate Judge Susan E. Cox<br><br>ECF CASE |

**RULE 7.1 AND LOCAL RULE 3.2**
**DISCLOSURE FOR SANOFI PASTEUR INC.**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, the undersigned counsel for Defendant Sanofi Pasteur Inc. certifies that the following are parent companies, subsidiaries or affiliates of Sanofi Pasteur Inc., which have any outstanding securities in the hands of the public:

Sanofi Pasteur Inc. is a subsidiary of Life Sciences Holdings, Inc., which owns all of Sanofi Pasteur Inc.'s preferred and class A stock and 98% of its class B stock. Sanofi Pasteur Participations owns the remaining 2% of Sanofi Pasteur Inc.'s class B stock. Life Sciences Holdings, Inc. is a wholly-owned subsidiary of 691526 Ontario, Inc., which is a wholly-owned subsidiary of Sanofi Pasteur Ltd., which is a wholly-owned subsidiary of Merieux Canada Holdings Ltd., which is a wholly-owned subsidiary of Sanofi Pasteur Participations, which is a wholly-owned subsidiary of Sanofi, which is a publicly held company. Sanofi is the only

publicly traded company that directly or indirectly holds 10 percent or more of the stock of Sanofi Pasteur Inc.

Dated: March 29, 2013 　　　　　　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| | /s/ *Catherine J. Spector* |
| Colin R. Kass (*of counsel*) | Steven R. Gilford |
| Scott M. Abeles (*of counsel*) | Catherine J. Spector |
| PROSKAUER ROSE LLP | PROSKAUER ROSE LLP |
| 1001 Pennsylvania Ave., NW | 70 West Madison St., Suite 3800 |
| Washington, D.C. 20004 | Chicago, IL 60602 |
| T: (202) 416-6800 | T: (312) 962-3550 |
| F: (202) 416-6899 | sgilford@proskauer.com |
| ckass@proskauer.com | cspector@proskauer.com |
| sabeles@proskauer.com | |

*Attorneys for Sanofi Pasteur Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 29, 2013, I caused to be served, via the Court's Electronic Filing System, a copy of the foregoing document on:

<u>Counsel of Record for Movant Plaintiffs:</u>
Scott F. Hessell
Sperling & Slater, P.C.
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
shessell@sperling-law.com

and by electronic mail and first class mail, postage prepaid, to:

Rahsaan Sales
Assistant General Counsel
Navigant
30 S. Wacker Drive
Suite 3550
Chicago, IL 60606
rahsaan.sales@navigant.com

Joseph Angland
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787
jangland@whitecase.com

Peter Pearlman
Cohn Lifland Pearlman Herrmann & Knopf LLP
Park 80 West - Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
psp@njlawfirm.com

                    /s/ *Catherine J. Spector*
                    Catherine J. Spector
                    Proskauer Rose LLP
                    70 West Madison St., Suite 3800
                    Chicago, IL 60602
                    T: (312) 962-3550
                    cspector@proskauer.com