**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| ADRIANA M. CASTRO, M.D., P.A. and SUGARTOWN PEDIATRICS, LLC, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs<br><br>　　v.<br><br>SANOFI PASTEUR INC.,<br><br>　　　　　　　　　Defendant. | Civ. Action No. 13-cv-2086<br><br>Honorable John J. Tharp, Jr.<br>Magistrate Judge Susan E. Cox |

## **NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Tuesday, April 9, 2013 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable John J. Tharp, Jr., in Courtroom 1419, 219 South Dearborn Street, the courtroom usually occupied by him, and shall then and there present Sanofi's Motion for Leave to File Documents Under Seal, a copy of which is attached hereto and hereby served upon you.

Dated: March 29, 2013

Colin R. Kass (*of counsel*)
Scott M. Abeles (*of counsel*)
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., NW
Washington, D.C. 20004
T: (202) 416-6800
F: (202) 416-6899
ckass@proskauer.com
sabeles@proskauer.com

Respectfully submitted,

/s/ *Catherine J. Spector*
Steven R. Gilford
Catherine J. Spector
PROSKAUER ROSE LLP
70 West Madison St., Suite 3800
Chicago, IL 60602
T: (312) 962-3550
sgilford@proskauer.com
cspector@proskauer.com

*Attorneys for Sanofi Pasteur Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 29, 2013, I caused to be served, via the Court's Electronic Filing System, a copy of the foregoing document on:

<u>Counsel of Record for Movant Plaintiffs:</u>
Scott F. Hessell
Sperling & Slater, P.C.
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
shessell@sperling-law.com

and by electronic mail and first class mail, postage prepaid, to:

Rahsaan Sales
Assistant General Counsel
Navigant
30 S. Wacker Drive
Suite 3550
Chicago, IL 60606
rahsaan.sales@navigant.com

Joseph Angland
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787
jangland@whitecase.com

Peter Pearlman
Cohn Lifland Pearlman Herrmann & Knopf LLP
Park 80 West - Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
psp@njlawfirm.com

                              /s/ *Catherine J. Spector*
                              Catherine J. Spector
                              Proskauer Rose LLP
                              70 West Madison St., Suite 3800
                              Chicago, IL 60602
                              T: (312) 962-3550
                              cspector@proskauer.com