# Exhibit 4

Last updated 3/5/2013

*Castro, et al. v. Sanofi Pasteur Inc.*, 2:11-cv-07178 (JLL) (MAH)
**PLAINTIFFS' PRIVILEGE LOG**

| Entry Number | BATES (where applicable) | DOC TYPE | DATE | AUTHOR | RECIPIENT(S) | CC | Other Parties | DESCRIPTION/SUBJECT MATTER | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | Email | 10/13/2011 | Caplan, Zachary* | Cramer, Eric*; Singer, Hal | Caves, Kevin | | Email string discussing and responding to counsel's mental impressions and queries about the economic implications of Sanofi's conduct for purposes of counsel's pre-suit investigation of possible litigation against Sanofi. | Work Product |
| 2 | | Email | 10/13/2011 | Singer, Hal | Cramer, Eric* | Caplan, Zachary*; Caves, Kevin | | Email string discussing and responding to counsel's mental impressions and queries about the economic implications of Sanofi's conduct for purposes of counsel's pre-suit investigation of possible litigation against Sanofi. | Work Product |
| 3 | | Email | 10/13/2011 | Singer, Hal | Cramer, Eric* | Caplan, Zachary*; Caves, Kevin | | Email string discussing and responding to counsel's mental impressions and queries about the economic implications of Sanofi's conduct for purposes of counsel's pre-suit investigation of possible litigation against Sanofi. | Work Product |
| 4 | | Email | 10/28/2011 | Singer, Hal | Cramer, Eric* | | Lease, Christian | Email discussing forwarded email exchange intitiated by Singer, at the request of counsel, to Christian Lease, Novartis Immunization Policty Director, regarding counsel's pre-suit investigation of possible litigation against Sanofi. | Work Product |

Note: "*" denotes an attorney.
Authors and recipients on top-level email strings are reflected in the "Author," "To," and "CC" columns.

Last updated 3/5/2013

*Castro, et al. v. Sanofi Pasteur Inc.*, 2:11-cv-07178 (JLL) (MAH)
**PLAINTIFFS' PRIVILEGE LOG**

| Entry Number | BATES (where applicable) | DOC TYPE | DATE | AUTHOR | RECIPIENT(S) | CC | Other Parties | DESCRIPTION/SUBJECT MATTER | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 5 | | Email | 11/2/2011 | Singer, Hal | Cramer, Eric* | | Lease, Christian | Email discussing forwarded email exchange intitiated by Singer, at the request of counsel, to Christian Lease, Novartis Immunization Policty Director, regarding counsel's pre-suit investigation of possible litigation against Sanofi. | Work Product |
| 6 | | Email | 11/3/2011 | Singer, Hal | Cramer, Eric* | | | Email regarding scheduling meeting with Jim Vicars for purposes of counsel's pre-suit investigation of possible litigation against Sanofi. | Work Product |
| 7 | | Email | 11/7/2011 | Singer, Hal | Cramer, Eric* | | jimvicars@accessvaccines.com | Forwarded email regarding contact information for Jim Vicars for purposes of counsel's pre-suit investigation of possible litigation against Sanofi. | Work Product |
| 8 | | Email | 11/9/2011 | Singer, Hal | Cramer, Eric*; Caves, Kevin | | Lease, Christian | Email string discussing forwarded exchange between Lease and Singer following up on pre-suit investigation issues concerning possible litigation against Sanofi. | Work Product |
| 9 | | Email | 11/15/2011 | Singer, Hal | Cramer, Eric* | | | Email regarding pre-suit investigation of possible litigation against Sanofi and published studies regarding Sanofi's conduct. | Work Product |
| 10 | | Email | 11/21/2011 | Singer, Hal | Cramer, Eric* | | | Email string regarding pre-suit investigation of possible litigation against Sanofi. | Work product |
| 11 | | Email | 11/21/2011 | Singer, Hal | Cramer, Eric* | | jimvicars@accessvaccines.com | Email forward of exchange between Vicars and Singer regarding pre-suit investigation of possible litigation against Sanofi. | Work Product |

Note: "*" denotes an attorney.
Authors and recipients on top-level email strings are reflected in the "Author," "To," and "CC" columns.

Page 2 of 5

| Entry Number | BATES (where applicable) | DOC TYPE | DATE | AUTHOR | RECIPIENT(S) | CC | Other Parties | DESCRIPTION/SUBJECT MATTER | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 12 | | Email | 11/25/2011 | Caves, Kevin | Cramer, Eric*; Singer, Hal | Caplan, Zachary*; Davis, Joshua* | | Email string discussing and responding to counsel's mental impressions and queries about the economic implications of Sanofi's conduct for purposes of counsel's pre-suit investigation of possible litigation against Sanofi. | Work Product |
| 13 | | Email | 11/29/2011 | Singer, Hal | Cramer, Eric* | | aai@antitrustinstitute.org | Email string regarding scheduling meeting with Vicars for purposes of counsel's pre-suit investigation of possible litigation against Sanofi and discussing forwarded email blast from AAI announcing AAI's letter to the FTC requesting investigation of bundled discounting practices for pediatric vaccines. | Work Product |
| 14 | | Email | 11/29/2011 | Singer, Hal | Cramer, Eric* | | aai@antitrustinstitute.org | Email string regarding scheduling meeting with Vicars for purposes of counsel's pre-suit investigation of possible litigation against Sanofi and discussing forwarded email blast from AAI announcing AAI's letter to the FTC requesting investigation of bundled discounting practices for pediatric vaccines. | Work Product |

Note: "*" denotes an attorney.
Authors and recipients on top-level email strings are reflected in the "Author," "To," and "CC" columns.

Last updated 3/5/2013

*Castro, et al. v. Sanofi Pasteur Inc.*, 2:11-cv-07178 (JLL) (MAH)
**PLAINTIFFS' PRIVILEGE LOG**

| Entry Number | BATES (where applicable) | DOC TYPE | DATE | AUTHOR | RECIPIENT(S) | CC | Other Parties | DESCRIPTION/SUBJECT MATTER | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 15 | | Email | 11/29/2011 | Singer, Hal | Cramer, Eric* | | | Email string regarding scheduling meeting with Vicars for purposes of counsel's pre-suit investigation of possible litigation against Sanofi and discussing forwarded email blast from AAI announcing AAI's letter to the FTC requesting investigation of bundled discounting practices for pediatric vaccines. | Work Product |
| 16 | | Email | 12/2/2011 | Singer, Hal | Cramer, Eric* | | aai@antitrustinstitute.org | Email regarding scheduling meeting with Vicars for purposes of counsel's pre-suit investigation of possible litigation against Sanofi. | Work Product |
| 17 | CASTRO00000001 | Handwritten notes | N/A | Castro, Gladys | N/A | | | Username and passwords for various websites | Redacted: Personal information |
| 18 | CASTRO0001352-450 | General Ledger | 1/1/09-12/31/09 | N/A | N/A | | | Financials for 2009 | Redacted: Downstream and personal financial information |
| 19 | CASTRO0001451-545 | General Ledger | 1/1/10-12/31/10 | N/A | N/A | | | Financials for 2010 | Redacted: Downstream and personal financial information |
| 20 | CASTRO0001546-77 | General Ledger | 1/1/11-12/31/11 | N/A | N/A | | | Financials for 2011 | Redacted: Downstream and personal financial information |
| 21 | CASTRO0002880 | Email | 5/24/2012 | Castro, Adriana | Caulkins, Charles* | | | RE: Adriana Castro – Billing Concern; correspondence from Adriana Castro to counsel seeking legal advice regarding billing disputes between Allied Pediatrics and Castro's practice. | Redacted: Attorney-Client Privilege |

Note: "*" denotes an attorney.
Authors and recipients on top-level email strings are reflected in the "Author," "To," and "CC" columns.

Last updated 3/5/2013

*Castro, et al. v. Sanofi Pasteur Inc.*, 2:11-cv-07178 (JLL) (MAH)
**PLAINTIFFS' PRIVILEGE LOG**

| Entry Number | BATES (where applicable) | DOC TYPE | DATE | AUTHOR | RECIPIENT(S) | CC | Other Parties | DESCRIPTION/SUBJECT MATTER | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 22 | CASTRO0002883-86 | Email | 6/6/2012 | Castro, Adriana | Caulkins, Charles* | | | RE: Adrianna Castro – Various Issues - Response; correspondence from Adriana Castro to counsel seeking legal advice regarding billing disputes between Allied Pediatrics and Castro's practice. | Redacted: Attorney-Client Privilege |
| 23 | CASTRO0002892 | Email | 6/5/2012 | D'ascoli, Anthony | Caulkins, Charles* | | | Fwd: Past Due Invoices; correspondence from Anthony D'ascoli to counsel seeking legal advice regarding billing disputes between Allied Pediatrics and Castro's practice. | Redacted: Attorney-Client Privilege |
| 24 | CASTRO0002893 | Email | 10/17/2011 | extranet@gsk.com | Castro, Adriana | | | From GSK | Password Assistance | Redacted: Personal information |
| 25 | CASTRO0002894 | Email | 4/11/2011 | extranet@gsk.com | Castro, Adriana | | | From GSK | Password Assistance | Redacted: Personal information |
| 26 | CASTRO0002895 | Email | 4/11/2011 | Castro, Adriana | bazail_s@bellsouth.net | | | FW: From GSK | Password Assistance | Redacted: Personal information |
| 27 | CASTRO0002896 | Email | 4/7/2011 | extranet@gsk.com | Castro, Adriana | | | From GSK | Password Assistance | Redacted: Personal information |
| 28 | CASTRO0002897 | Email | 11/2/2010 | support@gsk-sitetraining.com | Castro, Adriana | | | GSK Biologicals Study Training for Investigator Site Staff: 114269 | Redacted: Personal information |
| 29 | CASTRO0002899 | Email | 4/28/2009 | extranet@gsk.com | Castro, Adriana | | | GSK Account: GSK Account Password | Redacted: Personal information |
| 30 | CASTRO0002900 | Email | 1/13/2010 | extranet@gsk.com | Castro, Adriana | | | From GSK | Password Assistance | Redacted: Personal information |
| 31 | MARQUEZ0001428 | Email | 4/22/2010 | extranet@gsk.com | eysamarquez@bellsouth.net | | | From GSK | Your Username is Enclosed | Redacted: Personal information |
| 32 | MARQUEZ0001429 | Email | 4/22/2010 | extranet@gsk.com | eysamarquez@bellsouth.net | | | From GSK | Your Password is Enclosed | Redacted: Personal information |

Note: "*" denotes an attorney.
Authors and recipients on top-level email strings are reflected in the "Author," "To," and "CC" columns.