## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Adriana M. Castro, et al.
                        Plaintiff,

v.                                         Case No.: 1:13−cv−02086
                                                  Honorable John J. Tharp Jr.

Sanofi Pasteur Inc
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 9, 2013:

      MINUTE entry before Honorable John J. Tharp, Jr: Motion hearing held. Plaintiffs failed to appear. Motions for leave to appear pro hac vice by Colin Kass [16] and Scott Abeles [17] on behalf of defendant Sanofi Pasteur Inc. are granted.Plaintiffs 9; motion to quash subpoena, or in the alternative, for a protective order [1] is denied but the subpoena should be modified to seek documents only up to the date on which an attorney−client relationship was established between Dr. Castro and Berger & Montague. Defendant's motion for leave to file documents under seal [9] is granted. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.