## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Adriana M. Castro, et al.
          Plaintiff,

v.                   Case No.: 1:13−cv−02086
                  Honorable John J. Tharp Jr.

Sanofi Pasteur Inc
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 10, 2013:

  MINUTE entry before Honorable John J. Tharp, Jr: Plaintiffs failed to appear for a noticed motion hearing on 4/9/13. At that hearing, the plaintiff's motion to quash [1], which had never been noticed as required by Local Rule 5.3(b), was also discussed and decided. In the event that plaintiffs object to the Court's ruling on the motion, they are granted leave to file a motion for reconsideration, which the Court will entertain at a hearing that is properly noticed in accordance with the Local Rules. Any out−of−town counsel who have appeared in the case and wish to participate by telephone should contact the Courtroom Deputy to make such arrangements; telephonic participation is permitted only when local counsel is also present in the courtroom however. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.