**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ADRIANA M. CASTRO, M.D., P.A. and SUGARTOWN PEDIATRICS, LLC, *et al.*, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs**,**<br><br>v.<br><br>SANOFI PASTEUR INC.,<br><br><br>            Defendant. | Case No. 13-cv-2086<br><br>Honorable John J. Tharp, Jr. |

**PLAINTIFFS' MOTION FOR RECONSIDERATION,
OR IN THE ALTERNATIVE, FOR CLARIFICATION**

    Pursuant to the Court's April 10, 2013 Order, Rule 54(b) of the Federal Rules of Civil Procedure, and the inherent authority of this Court, Plaintiffs in the above-captioned litigation hereby move the Court for reconsideration, or in the alternative, for clarification of the Court's April 9, 2013 Order. In support of this motion, Plaintiffs respectfully refer the Court to the accompanying memorandum of law.

Dated: April 15, 2013

/s/ Scott F. Hessell
Scott F. Hessell
**SPERLING & SLATER, P.C.**
55 West Monroe Street, Suite 3200
Chicago, IL 60603
Tel: (312) 641-3200
Fax: (312) 641-6492
shessell@sperling-law.com

*On behalf of Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2013, I caused to be served, via the Court's Electronic Filing System, a copy of the foregoing document on counsel of record for the Defendant

Dated: April 15, 2013                                    /s/ Scott F. Hessell_____
                                                                         Scott F. Hessell