**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ADRIANA M. CASTRO, M.D., P.A. and SUGARTOWN PEDIATRICS, LLC, *et al.*, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SANOFI PASTEUR INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 13-cv-2086 <br><br> Honorable John J. Tharp, Jr. |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Thursday, April 18, 2013, at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable John J. Tharp, Jr., in Courtroom 1419, 219 South Dearborn Street, the courtroom usually occupied by him, and shall then and there present Plaintiffs' Motion for Reconsideration, or in the Alternative, for Clarification, a copy of which is attached hereto and hereby served upon you.

Dated: April 15, 2013

| | /s/ Scott F. Hessell |
|---|---|
| Daniel J. Walker <br> Zachary D. Caplan <br> **BERGER & MONTAGUE, P.C.** <br> 1622 Locust Street <br> Philadelphia, PA 19103 <br> Tel: (215) 875-3000 <br> Fax: (215) 875-4604 <br> dwalker@bm.net <br> zcaplan@bm.net | Scott F. Hessell <br> **SPERLING & SLATER, P.C.** <br> 55 West Monroe Street, Suite 3200 <br> Chicago, IL 60603 <br> Tel: (312) 641-3200 <br> Fax: (312) 641-6492 <br> shessell@sperling-law.com <br><br> *On behalf of Plaintiffs and the Proposed Class* |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2013, I caused to be served, via the Court's Electronic Filing System, a copy of the foregoing document on counsel of record for the Defendant

Dated: April 15, 2013                                /s/ Scott F. Hessell
                                                                    Scott F. Hessell