## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | 13CV2086 |
|---|---|
| Adriana M. Castro, M.D., P.A. and Sugartown Pediatrics, LLC, v. Sanofi Pasteur Inc. | Judge Tharp Jr. Mag. Judge Cox |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Adriana M. Castro, M.D., P.A. and Sugartown Pediatrics, LLC.

RECEIVED MAR 1 8 2013 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Matthew Slater |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Matthew Slater |
| FIRM |
| Sperling & Slater, P.C. |
| STREET ADDRESS |
| 55 West Monroe Street, Suite 3200 |
| CITY/STATE/ZIP |
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6287417 | 312 - 641-3200 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐