# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Adriana M. Castro, et al.
                                    Plaintiff,

v.                                                    Case No.: 1:13−cv−02086
                                                      Honorable John J. Tharp Jr.

Sanofi Pasteur Inc
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 16, 2013:

    MINUTE entry before Honorable John J. Tharp, Jr:Motion for leave to appear pro hac vice by Bradley J. Demuth on behalf of the Plaintiffs Adriana M. Castro and Sugartown Pediatrics, LLC. [25] is granted. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.