**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Adriana M. Castro, et al.
                          Plaintiff,

v.                                     Case No.: 1:13−cv−02086
                                     Honorable John J. Tharp Jr.

Sanofi Pasteur Inc
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 18, 2013:

      MINUTE entry before Honorable John J. Tharp, Jr: Motion hearing held. Plaintiffs' motion for reconsideration, or in the alternative, for clarification [21] is taken under advisement. The Court will rule by CM/ECF. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.