**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ADRIANA M. CASTRO, M.D., P.A. and SUGARTOWN PEDIATRICS, LLC, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs <br><br> v. <br><br> SANOFI PASTEUR INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civ. Action No. 13-cv-2086 <br><br> Honorable John J. Tharp, Jr. <br> Magistrate Judge Susan E. Cox <br><br> ECF CASE |

**NOTICE OF MOTION FOR LEAVE TO FILE NOTICE OF ADDITIONAL AUTHORITY ADDRESSING CASE LAW RAISED BY PLAINTIFFS FOR THE FIRST TIME DURING ORAL ARGUMENT**

**PLEASE TAKE NOTICE** that on Thursday, April 30, 2013, at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable John J. Tharp, Jr., in Courtroom 1419, 219 South Dearborn Street, the courtroom usually occupied by him, and shall then and there present this Motion For Leave To File Notice Of Additional Authority Addressing Case Law Raised For The First Time During Oral Argument.

Dated: April 19, 2013

Respectfully submitted,

/s/ *Scott M. Abeles*

| | |
|---|---|
| Colin R. Kass (admitted *pro hac vice*) <br> Scott M. Abeles (admitted *pro hac vice*) <br> PROSKAUER ROSE LLP <br> 1001 Pennsylvania Ave., NW <br> Washington, D.C. 20004 <br> T: (202) 416-6800 <br> F: (202) 416-6899 <br> ckass@proskauer.com <br> sabeles@proskauer.com | Steven R. Gilford <br> Catherine J. Spector <br> PROSKAUER ROSE LLP <br> 70 West Madison St., Suite 3800 <br> Chicago, IL 60602 <br> T: (312) 962-3550 <br> sgilford@proskauer.com <br> cspector@proskauer.com <br> *Attorneys for Sanofi Pasteur Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 19th, 2013, I caused to be served, via the Court's Electronic Filing system, a copy of the foregoing document on:

<u>Counsel of Record for Movant Plaintiffs:</u>
Scott F. Hessell
Matthew T. Slater
Sperling & Slater, P.C.
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
shessell@sperling-law.com
mslater@sperling-law.com

Daniel J. Walker
Zachary D. Caplan
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103
dwalker@bm.net
zcaplan@bm.net

and by electronic mail and first class mail, postage prepaid, to:

Rahsaan Sales
Assistant General Counsel
Navigant
30 South Wacker Drive, Suite 3550
Chicago, Illinois 60606
Rahsaan.sales@navigant.com

Peter Pearlman
Cohn Lifland Pearlman Herrmann & Knopf LLP
Park 80 West, Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
psp@njlawfirm.com

                                                Respectfully submitted,

                                                /s/ *Scott M. Abeles*

                                                Scott M. Abeles