# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Adriana M. Castro, et al.
                            Plaintiff,

v.                                          Case No.: 1:13−cv−02086
                                                Honorable John J. Tharp Jr.

Sanofi Pasteur Inc
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 19, 2013:

      MINUTE entry before Honorable John J. Tharp, Jr:For the reasons stated in the Court's Memorandum Opinion entered this date, Plaintiffs' motion for reconsideration or clarification [21] is denied. Defendant's motion for leave to file Notice of Additional Authority [30] is granted, as the Court has reviewed the filing. The Court has also reviewed the in camera documents submitted by Plaintiffs. ENTER MEMORANDUM OPINION AND ORDER. (For further details see separate order)Mailed notice (air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.