IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ILLINOIS
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| ADRIANA M. CASTRO, M.D., P.A. and SUGARTOWN PEDIATRICS, LLC, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civ. Action No. 13-cv-2086 Honorable John J. Tharp, Jr. Magistrate Judge Susan E. Cox ECF CASE |
| Plaintiffs | | |
| v. | | |
| SANOFI PASTEUR INC., | | |
| Defendant. | | |

**MOTION TO ENFORCE SUBPOENA**

Sanofi respectfully moves this Court, pursuant to Fed. R. Civ. P. 26(c)(2), 45(c)(2)(i), and 37(a)(1), for an order enforcing a *subpoena duces tecum* issued to Navigant Economics on February 26, 2013. As the Court may recall, in an April 9, 2013 Order, the Court denied a motion to quash made by the plaintiffs in the above-captioned case, and in an April 19, 2013 Order, denied plaintiffs' motion to reconsider or clarify. Notwithstanding these Orders, Navigant (plaintiffs' consultant) refuses to comply with the subpoena absent this Court's grant of a motion to compel, citing undisclosed contractual obligations owed counsel for plaintiffs.

For the reasons stated in Sanofi's Memorandum in Support of this motion, Sanofi's motion should be granted, and Navigant should be ordered to produce within seven days (i) all documents responsive to the subpoena in accordance with this Court's April 9, 2013 and April 19, 2013 orders; (ii) a privilege log reflecting all documents withheld because they post-date the establishment of an attorney-client relationship between Dr. Castro and B&M; and (iii) the retention agreement (and any other supporting documentation) reflecting the date on which the attorney-client relationship between Dr. Castro and B&M first arose. To the extent Navigant

does not have such documents, the Court should order Dr. Castro (who remains before the Court) to produce such documents to Navigant and/or Sanofi.[1]

Dated: April 30, 2013

Respectfully submitted,

/s/ *Scott M. Abeles*

Colin R. Kass (admitted *pro hac vice*)
Scott M. Abeles (admitted *pro hac vice*)
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., NW
Washington, D.C. 20004
T: (202) 416-6800
F: (202) 416-6899
ckass@proskauer.com
sabeles@proskauer.com

Steven R. Gilford
Catherine J. Spector
PROSKAUER ROSE LLP
70 West Madison St., Suite 3800
Chicago, IL 60602
T: (312) 962-3550
sgilford@proskauer.com
cspector@proskauer.com

*Attorneys for Sanofi Pasteur Inc.*

---

[1] Federal Rules 26 and 45 permit the requested discovery against Navigant, in light of the Court's prior Orders in this case. *See* Fed. R. Civ. P. 26(c)(2) ("If a motion for a protective order is … denied, the court may, on just terms, order that any party or person provide or permit discovery"); Fed.R.Civ.P. 45(c)(2)(i) ("At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production"). Rules 26 and 37 permit the requested discovery against plaintiffs, if necessary. *See* Fed.R.Civ.P. 26(c)(2); Fed. R. Civ. P. 37(a)(1) ("On notice to other parties and all affected persons, a party may move for an order compelling disclosure or discovery").

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 30, 2013, I caused to be served by electronic mail, a copy of Sanofi's Motion to Enforce Subpoena on:

    Rahsaan Sales
    Assistant General Counsel
    Navigant
    30 South Wacker Drive, Suite 3550
    Chicago, Illinois 60606
    Rahsaan.sales@navigant.com

    Peter Pearlman
    Cohn Lifland Pearlman Herrmann & Knopf LLP
    Park 80 West, Plaza One
    250 Pehle Avenue, Suite 401
    Saddle Brook, New Jersey 07663
    psp@njlawfirm.com

and via the Court's Electronic Filing system, on:

    <u>Counsel of Record for Plaintiffs:</u>
    Scott F. Hessell
    Matthew T. Slater
    Sperling & Slater, P.C.
    55 West Monroe Street, Suite 3200
    Chicago, Illinois 60603
    shessell@sperling-law.com
    mslater@sperling-law.com

    Daniel J. Walker
    Zachary D. Caplan
    Berger & Montague, P.C.
    1622 Locust Street
    Philadelphia, Pennsylvania 19103
    dwalker@bm.net
    zcaplan@bm.net

                                  Respectfully submitted,

                                  /s/ *Scott M. Abeles*
                                  Scott M. Abeles