IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ILLINOIS
NORTHERN DIVISION

| | |
|---|---|
| ADRIANA M. CASTRO, M.D., P.A. and SUGARTOWN PEDIATRICS, LLC, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs <br><br> v. <br><br> SANOFI PASTEUR INC., <br><br> Defendant. | Civ. Action No. 13-cv-2086 <br><br> Honorable John J. Tharp, Jr. <br> Magistrate Judge Susan E. Cox <br><br> ECF CASE |

## NOTICE OF MOTION TO ENFORCE SUBPOENA

**PLEASE TAKE NOTICE** that on Tuesday, May 7, 2013, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable John J. Tharp, Jr., in Courtroom 1419, 219 South Dearborn Street, the courtroom usually occupied by him, and shall then and there present this Motion To Enforce Subpoena.

Dated: April 30, 2013

Respectfully submitted,

/s/ *Scott M. Abeles*

| | |
|---|---|
| Colin R. Kass (admitted *pro hac vice*) <br> Scott M. Abeles (admitted *pro hac vice*) <br> PROSKAUER ROSE LLP <br> 1001 Pennsylvania Ave., NW <br> Washington, D.C. 20004 <br> T: (202) 416-6800 <br> F: (202) 416-6899 <br> ckass@proskauer.com <br> sabeles@proskauer.com | Steven R. Gilford <br> Catherine J. Spector <br> PROSKAUER ROSE LLP <br> 70 West Madison St., Suite 3800 <br> Chicago, IL 60602 <br> T: (312) 962-3550 <br> sgilford@proskauer.com <br> cspector@proskauer.com <br><br> *Attorneys for Sanofi Pasteur Inc.* |

**CERTIFICATE OF SERVICE**

 I hereby certify that on April 30, 2013, I caused to be served by electronic mail, a copy of Sanofi's Notice of Motion to Enforce Subpoena on:

 Rahsaan Sales
 Assistant General Counsel
 Navigant
 30 South Wacker Drive, Suite 3550
 Chicago, Illinois 60606
 Rahsaan.sales@navigant.com

 Peter Pearlman
 Cohn Lifland Pearlman Herrmann & Knopf LLP
 Park 80 West, Plaza One
 250 Pehle Avenue, Suite 401
 Saddle Brook, New Jersey 07663
 psp@njlawfirm.com

and via the Court's Electronic Filing system, on:

 <u>Counsel of Record for Plaintiffs:</u>
 Scott F. Hessell
 Matthew T. Slater
 Sperling & Slater, P.C.
 55 West Monroe Street, Suite 3200
 Chicago, Illinois 60603
 shessell@sperling-law.com
 mslater@sperling-law.com

 Daniel J. Walker
 Zachary D. Caplan
 Berger & Montague, P.C.
 1622 Locust Street
 Philadelphia, Pennsylvania 19103
 dwalker@bm.net
 zcaplan@bm.net

        Respectfully submitted,

        /s/ *Scott M. Abeles*
        Scott M. Abeles