# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Adriana M. Castro, et al.
                                    Plaintiff,

v.                                                    Case No.: 1:13−cv−02086
                                                                 Honorable John J. Tharp Jr.

Sanofi Pasteur Inc
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 1, 2013:

      MINUTE entry before Honorable John J. Tharp, Jr: The Court will not be sitting on 5/7, when Defendant's motion to enforce subpoena [35] is noticed for presentment. The motion is reset for presentment on Wednesday, 5/8/13 at 9:30 a.m. Any response to the motion is due on 5/6/13. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.