# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER: 13 CV 2086

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| Adriana M. Castro, et al., Appellants | | Sanofi Pasteur Inc., Appellee |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Scott Forrest Hessell | Name | Steven Ross Gilford |
| Firm | Sperling & Slater, PC | Firm | Proskauer Rose LLP (70W) |
| Address | 55 West Monroe Street, Suite 3200<br>Chicago, IL 60603 | Address | 70 West Madison, Suite 3800<br>Chicago, IL 60602-4342 |
| Phone | (312) 641-3200 | Phone | (312) 962-3510 |

| Other Information | | | |
|---|---|---|---|
| District Judge | John J. Tharp, Jr. | Date Filed in District Court | 3/18/13 |
| Court Reporter | C. Cox, Ext. 5639 | Date of Judgment | 4/19/13 |
| Nature of Suit Code | 999 | Date of Notice of Appeal | 5/3/13 |

COUNSEL:   Appointed [ ]   Retained [X]   Pro Se [ ]

FEE STATUS:   Paid [X]   Due [ ]   IFP [ ]
              IFP Pending [ ]   U.S. [ ]   Waived [ ]

Has Docketing Statement been filed with the District Court Clerk's Office?   Yes [X]   No [ ]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted [ ]   Denied [ ]   Pending [ ]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**