# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF DOCKETING - Short Form

May 6, 2013

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 13-1959
>
> Caption:
> ADRIANA M. CASTRO and SUGARTOWN PEDIATRICS, LLC,
>  Plaintiffs - Appellants
>
> v.
>
> SANOFI PASTEUR INCORPORATED,
> Defendant - Appellee

> District Court No: 1:13-cv-02086
> Court Reporter Carolyn Cox
> Clerk/Agency Rep Thomas Bruton
> District Judge John Tharp
>
> Date NOA filed in District Court: 05/03/2013

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)