# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Adriana M. Castro, et al.
                            Plaintiff,

v.                                                 Case No.: 1:13−cv−02086
                                                        Honorable John J. Tharp Jr.

Sanofi Pasteur Inc
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 8, 2013:

      MINUTE entry before Honorable John J. Tharp, Jr: Motion hearing held. Defendant's motion to enforce subpoena issued to Navigant Economics [35] and plaintiffs motion to stay enforcement of subpoena pending appeal [42] are taken under advisement. Parties are directed to submit any briefing as to the issue of the jurisdiction of the Court of Appeals to hear Plaintiffs' appeal, as discussed in open court, by 5/15/2013. The Court will rule via CM/ECF notice. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.