## Laura Sands

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Friday, May 03, 2013 5:59 PM |
| **To:** | Laura Sands |
| **Subject:** | Pay.gov Payment Confirmation: ILND CM ECF |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

*CASE 13cv2086*

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Pay.gov Customer Service by phone at (800) 624-1373 or by email at pay.gov.clev@clev.frb.org.

Application Name: ILND CM ECF
Pay.gov Tracking ID: 25AKDSHM
Agency Tracking ID: 0752-8313077
Transaction Type: Sale
Transaction Date: May 3, 2013 6:58:53 PM

*DUPLICATE PAYMENT*

Account Holder Name: Scott Hessell
Transaction Amount: $455.00
Billing Address: 55 West Monroe Street
City: Chicago
State/Province: IL
Zip/Postal Code: 60603
Country: USA
Card Type: AmericanExpress
Card Number: ************1189


THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

## Laura Sands

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Friday, May 03, 2013 7:50 PM |
| **To:** | Scott F. Hessell |
| **Subject:** | Pay.gov Payment Confirmation: ILND CM ECF |

*CASE 13CV2086*

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Pay.gov Customer Service by phone at (800) 624-1373 or by email at pay.gov.clev@clev.frb.org.

Application Name: ILND CM ECF
Pay.gov Tracking ID: 25AKKPCH
Agency Tracking ID: 0752-8313162
Transaction Type: Sale
Transaction Date: May 3, 2013 8:50:06 PM

*NOTICE OF APPEAL*

Account Holder Name: Scott Hessell
Transaction Amount: $455.00
Billing Address: 55 West Monroe Street
City: Chicago
State/Province: IL
Zip/Postal Code: 60603
Country: USA
Card Type: AmericanExpress
Card Number: ************1189


THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

1