

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**THOMAS G. BRUTON**
**CLERK**

312-435-5670

June 10, 2013

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

    RE: Adriana M. Castro, et al., v. Sanofi Pasteur Inc.

    U.S.D.C. DOCKET NO. *:* 13 CV 2086

    U.S.C.A. DOCKET NO. : 13-1959

    Dear Mr. Agnello:

    Please find attached the original record on appeal consisting of the following:

    VOLUME(S) OF *ELECTRONIC* PLEADING(S)    3

    VOLUME(S) OF *ELECTRONIC* TRANSCRIPT(S)    2

    VOLUME(S) OF DEPOSITION(S)

    EXHIBITS:

    VAULT ITEMS:        **1 Flash Drive (Sealed Item)**

    OTHER (SPECIFY):

    SPECIAL NOTE:

    Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                Very truly yours,

                Thomas G. Bruton, Clerk

                By: /s/ Sheila Moore, Deputy Clerk

**I, THOMAS G. BRUTON, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

    3 Volumes of Pleadings
    2 Volumes of E-Transcripts
    1 Flash Drive (Sealed Item)

In the cause entitled: Castro, et al., v. Sanofi Pasteur Inc..

USDC NO.   : 13 CV 2086

USCA NO.   : 13-1959

        IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 10th day of June 2013.

        THOMAS G. BRUTON, CLERK

        By: /s/ Sheila Moore, Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
-
By: s/ SHEILA MOORE
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
-
June 10, 2013

APPEAL,COX,TERMED

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 5.1.1 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:13-cv-02086
# Internal Use Only

Castro et al v. Sanofi Pasteur Inc
Assigned to: Honorable John J. Tharp, Jr

Case in other court: 13-01959

Cause: Civil Miscellaneous Case

Date Filed: 03/18/2013
Date Terminated: 03/18/2013
Jury Demand: None
Nature of Suit: 999 Miscellaneous Cases
Jurisdiction: Federal Question

**Plaintiff**

**Adriana M. Castro**
*M.D., P.A.*

represented by **Scott Forrest Hessell**
Sperling & Slater, PC
55 West Monroe Street
Suite 3200
Chicago, IL 60603
(312) 641-3200
Email: shessell@sperling-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley J. Demuth**
Grant & Eisenhofer
485 Lexington Avenue
New York, NY 10017
646-722-8500
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel J. Walker**
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
215-875-3066
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew T. Slater**
Sperling & Slater, PC
55 West Monroe Street
Suite 3200
Chicago, IL 60603
(312)641-3200
Email: mslater@sperling-law.com
*ATTORNEY TO BE NOTICED*

**Zachary David Caplan**
Berger & Montague, P.c.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-5801
Email: zcaplan@bm.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Sugartown Pediatrics, LLC**<br>*on behalf of themselves and all others similarly situated* | represented by | **Scott Forrest Hessell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Bradley J. Demuth**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel J. Walker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew T. Slater**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Zachary David Caplan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Sanofi Pasteur Inc** | represented by | **Steven Ross Gilford** |

Proskauer Rose LLP (70W)
70 West Madison
Suite 3800
Chicago, IL 60602-4342
(312) 962 3510
Email: sgilford@proskauer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Catherine J. Spector**
Proskauer Rose LLP (70W)
70 West Madison
Suite 3800
Chicago, IL 60602-4342
(312) 962-3550
Fax: (312) 962-3551
Email: cspector@proskauer.com
*ATTORNEY TO BE NOTICED*

**Colin R. Kass**
Proskauer Rose Llp
1001 Pennsylvania Ave., N.w.
Suite 400 South
Washington, DC 20004
(202) 416-6890
Email: ckass@proskauer.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott Michael Abeles**
Proskauer Rose LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533
(202) 416-5817
Email: sabeles@proskauer.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/18/2013 | 1 | MOTION by Plaintiffs Adriana M. Castro, Sugartown Pediatrics, LLC to quash subpoena, or in the alternative, for a protective order. (ao,) (Entered: 03/22/2013) |
| 03/18/2013 | 2 | CIVIL Cover Sheet (ao,) (Entered: 03/22/2013) |
| 03/18/2013 | 3 | ATTORNEY Appearance for Plaintiffs Adriana M. Castro, Sugartown Pediatrics, LLC by Scott Forrest Hessell. (ao,) (Entered: 03/22/2013) |
| 03/18/2013 | 4 | MEMORANDUM by Adriana M. Castro, Sugartown Pediatrics, LLC in support of motion to quash subpoena, or in the alternative, for a protective order. (ao,) (Entered: 03/22/2013) |
| 03/18/2013 | "TYPE=PICT;ALT=LOCK" 5 | (Court only) RECEIPT regarding payment of filing fee paid on 3/18/2013 in the amount of $350.00, receipt number 4624096782. (ao,) (Entered: 03/22/2013) |
| 03/18/2013 | "TYPE=PICT;ALT=LOCK" | (Court only) ***Miscellaneous Case Terminated. (ao,) (Entered: 03/22/2013) |
| 03/29/2013 | 6 | ATTORNEY Appearance for Defendant Sanofi Pasteur Inc by Catherine J. Spector (Spector, Catherine) (Entered: 03/29/2013) |
| 03/29/2013 | 7 | ATTORNEY Appearance for Defendant Sanofi Pasteur Inc by Steven Ross Gilford (Gilford, Steven) (Entered: 03/29/2013) |
| 03/29/2013 | 8 | STATEMENT by Sanofi Pasteur Inc *Rule 7.1 and Local Rule 3.2 Corporate Disclosure Statement* (Spector, Catherine) (Entered: 03/29/2013) |
| 03/29/2013 | 9 | MOTION by Defendant Sanofi Pasteur Inc for leave to file *Under SEAL: Sanofi's Response to Plaintiffs' Motion to Quash the Navigant Subpoena, including exhibits thereto* (Attachments: # 1 Exhibit 1)(Spector, Catherine) (Entered: 03/29/2013) |
| 03/29/2013 | 10 | NOTICE of Motion by Catherine J. Spector for presentment of motion for leave to file 9 before Honorable John J. Tharp Jr. on 4/9/2013 at 09:30 AM. (Spector, Catherine) (Entered: 03/29/2013) |
| 03/29/2013 | 11 | RESPONSE by Sanofi Pasteur Incin Opposition to MOTION by Plaintiffs Adriana M. Castro, Sugartown Pediatrics, LLC to quash 1 *Sanofi's Redacted Response to Plaintiffs' Motion to Quash the Navigant Subpoena or for a* |

| | | |
|---|---|---|
| | | *Protective Order & Public Exhibits 2,3,4 and 7* (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 7)(Spector, Catherine) (Entered: 03/29/2013) |
| 03/30/2013 | 12 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-8195995. *Daniel J. Walker* (Caplan, Zachary) (Entered: 03/30/2013) |
| 03/30/2013 | 13 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-8195998. *Zachary D. Caplan* (Caplan, Zachary) (Entered: 03/30/2013) |
| 04/03/2013 | 14 | MINUTE entry before Honorable John J. Tharp, Jr: Motion for Leave to Appear Pro Hac Vice by Zachary D. Caplan 13 on behalf of plaintiffs is granted. Mailed notice (air, ) (Entered: 04/03/2013) |
| 04/03/2013 | 15 | MINUTE entry before Honorable John J. Tharp, Jr: Motion for Leave to Appear Pro Hac Vice by Daniel J. Walker 12 on behalf of plaintiffs is granted. Mailed notice (air, ) (Entered: 04/03/2013) |
| 04/08/2013 | 16 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-8222235. (Kass, Colin) (Entered: 04/08/2013) |
| 04/08/2013 | 17 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-8222322. (Abeles, Scott) (Entered: 04/08/2013) |
| 04/09/2013 | 18 | MINUTE entry before Honorable John J. Tharp, Jr: Motion hearing held. Plaintiffs failed to appear. Motions for leave to appear pro hac vice by Colin Kass 16 and Scott Abeles 17 on behalf of defendant Sanofi Pasteur Inc. are granted.Plaintiffs' motion to quash subpoena, or in the alternative, for a protective order 1 is denied but the subpoena should be modified to seek documents only up to the date on which an attorney-client relationship was established between Dr. Castro and Berger & Montague. Defendant's motion for leave to file documents under seal 9 is granted. Mailed notice (air, ) (Entered: 04/09/2013) |
| 04/10/2013 | 19 | MINUTE entry before Honorable John J. Tharp, Jr: Plaintiffs failed to appear for a noticed motion hearing on 4/9/13. At that hearing, the plaintiff's motion to quash 1 , which had never been noticed as required by Local Rule 5.3(b), was also discussed and decided. In the event that plaintiffs object to the Court's ruling on the motion, they are granted leave to file a motion for reconsideration, which the Court will entertain at a hearing that is properly noticed in accordance with the Local Rules. Any out-of-town counsel who have appeared in the case and wish to participate by telephone should contact the Courtroom Deputy to make such arrangements; telephonic participation is permitted only when local counsel is also present in the courtroom however. Mailed notice (air, ) (Entered: 04/10/2013) |
| 04/15/2013<br>Flash Drive | 20 | SEALED RESPONSE by Sanofi Pasteur Inc to order on motion for leave to file,,, order on motion to appear pro hac vice,,,,,, order on motion to quash,,, motion hearing,,, terminate hearings,, 18 (Attachments: # 1 Exhibit 1, # 2 Exhibit 5, # 3 Exhibit 6, # 4 Exhibit 8, # 5 Exhibit 9)(Spector, Catherine) |

| | | |
|---|---|---|
| | | (Entered: 04/15/2013) |
| 04/15/2013 | 21 | MOTION by Plaintiffs Adriana M. Castro, Sugartown Pediatrics, LLC for reconsideration regarding order on motion for leave to file,,, order on motion to appear pro hac vice,,,,,, order on motion to quash,,, motion hearing,,, terminate hearings,, 18 (Hessell, Scott) (Entered: 04/15/2013) |
| 04/15/2013 | 22 | MEMORANDUM by Adriana M. Castro, Sugartown Pediatrics, LLC in support of motion for reconsideration,, motion for relief,,,,,,,,,, 21 (Hessell, Scott) (Entered: 04/15/2013) |
| 04/15/2013 | 23 | NOTICE of Motion by Scott Forrest Hessell for presentment of motion for reconsideration,, motion for relief,,,,,,,,,, 21 before Honorable John J. Tharp Jr. on 4/18/2013 at 09:30 AM. (Hessell, Scott) (Entered: 04/15/2013) |
| 04/16/2013 | 24 | ATTORNEY Appearance for Plaintiffs Adriana M. Castro, Sugartown Pediatrics, LLC by Matthew T. Slater (Slater, Matthew) (Entered: 04/16/2013) |
| 04/16/2013 | 25 | MOTION by Plaintiffs Adriana M. Castro, Sugartown Pediatrics, LLC Motion and Application of Bradley J. Demuth to Appear Pro Hac Vice Filing Fee $50, receipt number 0752-8248729 (Hessell, Scott) (Entered: 04/16/2013) |
| 04/16/2013 | 26 | MINUTE entry before Honorable John J. Tharp, Jr:Motion for leave to appear pro hac vice by Bradley J. Demuth on behalf of the Plaintiffs Adriana M. Castro and Sugartown Pediatrics, LLC. 25 is granted. Mailed notice (air, ) (Entered: 04/16/2013) |
| 04/16/2013 | 27 | MEMORANDUM by Sanofi Pasteur Inc in Opposition to motion for reconsideration,, motion for relief,,,,,,,,,, 21 (Abeles, Scott) (Entered: 04/16/2013) |
| 04/18/2013 | 28 | MINUTE entry before Honorable John J. Tharp, Jr: Motion hearing held. Plaintiffs' motion for reconsideration, or in the alternative, for clarification 21 is taken under advisement. The Court will rule by CM/ECF. Mailed notice (air, ) (Entered: 04/18/2013) |
| 04/18/2013 | 29 | LETTER to Hon. Judge John Tharp re In Camera Review by Adriana M. Castro, Sugartown Pediatrics, LLC (Hessell, Scott) (Entered: 04/18/2013) |
| 04/19/2013 | 30 | MOTION by Defendant Sanofi Pasteur Inc for leave to file *Notice of Additional Authority Addressing Case Law Raised For The First Time During Oral Argument* (Attachments: # 1 Exhibit A (Notice of Additional Authority))(Abeles, Scott) (Entered: 04/19/2013) |
| 04/19/2013 | 31 | NOTICE of Motion by Scott Michael Abeles for presentment of motion for leave to file 30 before Honorable John J. Tharp Jr. on 4/30/2013 at 09:30 AM. (Abeles, Scott) (Entered: 04/19/2013) |
| 04/19/2013 | 32 | MINUTE entry before Honorable John J. Tharp, Jr:For the reasons stated in the Court's Memorandum Opinion entered this date, Plaintiffs' motion for |

| | | |
|---|---|---|
| | | reconsideration or clarification 21 is denied. Defendant's motion for leave to file Notice of Additional Authority 30 is granted, as the Court has reviewed the filing. The Court has also reviewed the in camera documents submitted by Plaintiffs. ENTER MEMORANDUM OPINION AND ORDER. (For further details see separate order)Mailed notice (air, ) (Entered: 04/19/2013) |
| 04/19/2013 | 33 | MEMORANDUM Opinion and Order Signed by the Honorable John J. Tharp, Jr on 4/19/2013:Mailed notice(air, ) (Entered: 04/19/2013) |
| 04/23/2013 | 34 | NOTICE by Sanofi Pasteur Inc *of Additional Authority submitted pursuant to Court's Order granting leave to file (see Dkt. 32)* (Abeles, Scott) (Entered: 04/23/2013) |
| 04/30/2013 | 35 | MOTION by Defendant Sanofi Pasteur Inc to enforce *Subpoena Issued To Navigant Economics* (Abeles, Scott) (Entered: 04/30/2013) |
| 04/30/2013 | 36 | MEMORANDUM by Sanofi Pasteur Inc in support of motion to enforce 35 *Subpoena Issued To Navigant Economics* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Abeles, Scott) (Entered: 04/30/2013) |
| 04/30/2013 | 37 | NOTICE of Motion by Scott Michael Abeles for presentment of motion to enforce 35 before Honorable John J. Tharp Jr. on 5/7/2013 at 09:30 AM. (Abeles, Scott) (Entered: 04/30/2013) |
| 05/01/2013 | 38 | MINUTE entry before Honorable John J. Tharp, Jr: The Court will not be sitting on 5/7, when Defendant's motion to enforce subpoena 35 is noticed for presentment. The motion is reset for presentment on Wednesday, 5/8/13 at 9:30 a.m. Any response to the motion is due on 5/6/13. Mailed notice (air, ) (Entered: 05/01/2013) |
| 05/03/2013 | 39 | PAYMENT by Adriana M. Castro, Sugartown Pediatrics, LLC of Filing fee $ 455, receipt number 0752-8313077. (Hessell, Scott) (Entered: 05/03/2013) |
| 05/03/2013 | 40 | NOTICE of appeal by Adriana M. Castro, Sugartown Pediatrics, LLC regarding orders 33 Filing fee $ 455, receipt number 0752-8313162. (Hessell, Scott) (Entered: 05/03/2013) |
| 05/03/2013 | 41 | DOCKETING Statement by Adriana M. Castro, Sugartown Pediatrics, LLC regarding notice of appeal 40 (Hessell, Scott) (Entered: 05/03/2013) |
| 05/03/2013 | 42 | MOTION by Plaintiffs Adriana M. Castro, Sugartown Pediatrics, LLC to stay *subpoena enforcement pending appeal* (Hessell, Scott) (Entered: 05/03/2013) |
| 05/03/2013 | 43 | NOTICE of Motion by Scott Forrest Hessell for presentment of motion to stay 42 before Honorable John J. Tharp Jr. on 5/8/2013 at 09:30 AM. (Hessell, Scott) (Entered: 05/03/2013) |
| 05/03/2013 | 44 | MEMORANDUM by Adriana M. Castro, Sugartown Pediatrics, LLC in support of motion to stay 42 *and Opposition to Sanofi's Motion to Enforce the Subpeona* (Attachments: # 1 Exhibit A-B)(Hessell, Scott) (Entered: 05/03/2013) |

| | | |
|---|---|---|
| 05/06/2013 | 45 | NOTICE of Appeal Due letter sent to counsel of record. (smm) (Entered: 05/06/2013) |
| 05/06/2013 | 46 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 40 . Notified counsel (smm) (Entered: 05/06/2013) |
| 05/06/2013 | 47 | RESPONSE by Sanofi Pasteur Inc in Opposition to MOTION by Plaintiffs Adriana M. Castro, Sugartown Pediatrics, LLC to stay *subpoena enforcement pending appeal* 42 (Abeles, Scott) (Entered: 05/06/2013) |
| 05/06/2013 | 48 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 40 ; USCA Case No. 13-1959. (ao,) (Entered: 05/06/2013) |
| 05/08/2013 | 49 | MINUTE entry before Honorable John J. Tharp, Jr: Motion hearing held. Defendant's motion to enforce subpoena issued to Navigant Economics 35 and plaintiffs motion to stay enforcement of subpoena pending appeal 42 are taken under advisement. Parties are directed to submit any briefing as to the issue of the jurisdiction of the Court of Appeals to hear Plaintiffs' appeal, as discussed in open court, by 5/15/2013. The Court will rule via CM/ECF notice. Mailed notice (air, ) (Entered: 05/08/2013) |
| 05/08/2013 | 50 | REQUEST for Clerk of Court to refund filing fee in the amount of 455.00, receipt no. 0752-8313077, (Hessell, Scott) (Entered: 05/08/2013) |
| 05/15/2013 | 51 | MEMORANDUM by Sanofi Pasteur Inc *OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR A STAY* (Spector, Catherine) (Entered: 05/15/2013) |
| 05/15/2013 | 52 | SUPPLEMENT to memorandum in support of motion 44 (Hessell, Scott) (Entered: 05/15/2013) |
| 06/06/2013 Flash Drive | "TYPE=PICT;ALT=LOCK" 53 | TRANSCRIPT OF PROCEEDINGS held on April 9, 2013 before the Honorable John J. Tharp, Jr. Court Reporter Contact Information: Carolyn Cox, Carolyn_Cox@ilnd.uscourts.gov, (312) 435-5639.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 6/27/2013. Redacted Transcript Deadline set for 7/8/2013. Release of Transcript Restriction set for 9/4/2013. (Cox, Carolyn) (Entered: 06/06/2013) |
| 06/06/2013 Flash Drive | "TYPE=PICT;ALT=L | TRANSCRIPT OF PROCEEDINGS held on April 18, 2013 before the Honorable John J. Tharp, Jr. Court Reporter Contact Information: Carolyn Cox, Carolyn_Cox@ilnd.uscourts.gov, (312) 435-5639.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or |

| | | |
|---|---|---|
| | 54 | OCK"purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 6/27/2013. Redacted Transcript Deadline set for 7/8/2013. Release of Transcript Restriction set for 9/4/2013. (Cox, Carolyn) (Entered: 06/06/2013) |

**KEY**

**Majority of the items are included in this record.**
**All crossed out items are not included in the record.**