## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ADRIANA M. CASTRO, M.D., P.A., and SUGARTOWN PEDIATRICS, LLC, *et al.,* on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 13 C 2086 |
| v. | ) ) | Judge John J. Tharp, Jr. |
| SANOFI PASTEUR INC., | ) ) | |
| Defendants. | ) | |

## ORDER

    For the reasons set forth in the Court's written opinion, Defendant Sanofi's motion to enforce the third-party subpoena issued to Navigant Economics [35] is granted in part, and Plaintiffs' motion to stay enforcement of the subpoena [42] is denied. The Court further orders as follows: (1) Dr. Castro is directed to submit to the Court, within 7 days of the entry of this Order, an affidavit setting forth the date that she retained B&M to provide legal services in connection with the matters at issue in this lawsuit (along with information sufficient to support the date set forth). Plaintiff is also required to provide a copy of this filing to Navigant by the same date. (2) Navigant is directed to produce within 21 days of the entry of this Order (i) all documents within its possession, custody, or control that are responsive to the subpoena as modified in accordance with this Court's April 9, 2013 and April 19, 2013 orders; and (ii) a privilege log reflecting all documents withheld based on any claim of privilege that the Court has not already addressed in this matter.

ENTER MEMORANDUM OPINION AND ORDER.

Entered: July 18, 2013

                                                                                     John J. Tharp, Jr.
                                                                                      United States District Judge